1
2
3
4
5
6
7         **UNITED STATES DISTRICT COURT**
8         **CENTRAL DISTRICT OF CALIFORNIA**
9         **WESTERN DIVISION**
10
11  TROY CONRAD McKAY,                    )   No.  CV 11-1026-SJO (PLA)
                                          )
12              Petitioner,               )   **ORDER ADOPTING MAGISTRATE**
                                          )   **JUDGE'S REPORT AND**
13          v.                            )   **RECOMMENDATION**
                                          )
14  FRANCISCO J. QUINTANA,                )
                                          )
15              Respondent.               )
                                          )
16  ─────────────────────────────────────)
17         Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the

18  magistrate judge's report and recommendation.  The Court agrees with the recommendations of

19  the magistrate judge.

20         ACCORDINGLY, IT IS ORDERED:

21         1.      The report and recommendation is adopted.

22         2.      Judgment shall be entered consistent with this order.

23         3.      The clerk shall serve this order and the judgment on all counsel or parties of record.

24
                                          *S. James Otero*
25  DATED: 4/5/11                         ───────────────────────────────
                                            HONORABLE S. JAMES OTERO
26                                          UNITED STATES DISTRICT JUDGE
27
28